In the Matter of the Application of WARREN E. BURNS to Strike from the Registry List of the Incorporated Village of Long Beach the Names of GEORGE F. AITKEN and Others.†— The order so far as George F. Aitken, Max Behar, George Dugan, Lester Levy, Daniel J. Pitot, William A.

---

* See Laws of 1915, chap. 279, § 27, subd. 4, as added by Laws of 1916, chap. 610.— [REP.

† See Election Law (Consol. Laws, chap. 17; Laws of 1909, chap. 22), § 153, as amd. by Laws of 1913, chap. 820; also amd. by Laws of 1916, chap. 537.— [REP.

Rodgers and Benjamin Uberall are concerned is reversed. In all other respects the order is affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.